ADR

Your Name: Maria Alice Pan

Address: 174 Carroll St. Apt. 318  E-FILING

Phone Number: (408) 230 - 2915

Fax Number: n/a

E-mail Address: Samdersung @ gmail.com

Pro Se Plaintiff

FILED

MAR 06 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### United States District Court

### Northern District of California

EJD
SVK

Maria Alice Pan
and Does 1-100

Plaintiff(s),

vs.

City of Sunnyvale
and Does 1-1000

Defendant(s).

Case Number: *[leave blank]* CV 17 01128

**COMPLAINT** FOR DAMAGES and INJUNCTIVE RELIEF

DEMAND FOR JURY TRIAL

Yes ☒   No ☐

1. **Parties in this Complaint**

   a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

   Name: Maria Alice Pan

   Address: 174 Carroll St. Apt. 318

   Sunnyvale, CA 94086

   Phone number: (408) 230- 2915

COMPLAINT
PAGE 1 OF 5 [JDC TEMPLATE]

rev: 6/2013

b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*

**Defendant 1:**

Name: *City of Sunnyvale*

Address: *456 West Olive Ave.*

*Sunnyvale, CA 94086*

**Defendant 2:**

Name: _____

Address: _____

_____

**Defendant 3:**

Name: _____

Address: _____

_____

**Defendant 4:**

Name: _____

Address: _____

_____

2. **Jurisdiction**

*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*

☑ My case belongs in federal court under <u>federal question jurisdiction</u> because it is about federal law(s) or right(s).

Which law(s) or right(s) are involved? *U. S. Constitution First and Fourth Amendment Rights  42 USC §1983*

☐ My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>AND</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE *2* OF *5* [JDC TEMPLATE]

*rev: 6/2013*

### 3. Venue

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because ___Action arises out of 42 USC § 1983 under 28 USC § 1331.___

### 4. Intradistrict Assignment

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.*

This lawsuit should be assigned to [*Select one: San Francisco/Oakland, San Jose, OR Eureka*] Division of this Court because _____

_____

### 5. Statement of Facts and Claims

*Write a short and simple description of the facts of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered*

COMPLAINT
PAGE 3 OF 5 [JDC TEMPLATE]

*rev: 6/2013*

5a. Please see attached letter.

Defendant violated 42 USC 3983: depriving Plaintiff of constitutional rights protected by the Fourth + First Amendments to U.S. Constitution

i) The right to be free from unreasonable searches and seizures.
ii) the right to free political expression.
Defendant used X-ray type device and saw into plaintiff's clothing and broadcasted inside of plaintiff's clothing via cable television and Internet mediums. Inside of plaintiff's clothing was displayed on local TV screens as well. Plaintiff was speaking at podium at city council meeting. City Council

When: December 13, 2016, 7pm Meeting
Where: Sunnyvale City Council Chambers
(A second instance occurred on January 10, 2017, please see letter attached herein.)

Plaintiff suffered the loss of constitutional rights and mental, emotional anguish.

5b.
Defendant is framing plaintiff as a spy and depriving plaintiff of constitutional rights.

COMPLAINT
PAGE 4 OF 5 [JDC TEMPLATE]

rev: 6/2013

## 6. Demand for Relief

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

Plaintiff respectfully requests the Court to order defendant to install metal screening devices at entrance to city council chambers, to cease using electronic devices which surreptitiously search through plaintiff's clothing, to cease framing plaintiff as a spy, to deprive constitutional rights.

Compensatory + punitive damages not to be less than ten million dollars.

## 7. Demand for Jury Trial

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☑ Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: March 2, 2017   Sign Name: Maria Pan

Print Name: Maria Pan

COMPLAINT
PAGE 5 OF 6 [JDC TEMPLATE]

*rev: 6/2013*